Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Even Stevens Idaho, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4677485** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1225 E. Fort Union Blvd. Suite 200**<br>**Midvale, UT 84047**<br>Number, Street, City, State & ZIP Code<br><br>**Salt Lake**<br>County | **Mailing address, if different from principal place of business**<br><br>**2030 S. 900 E. Suite A**<br>**Salt Lake City, UT 84105**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**815 W. Bannock St. Boise, ID 83702**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Even Stevens Idaho, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Even Stevens Idaho, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **Even Stevens Idaho, LLC** | Case number (*if known*) |
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 21, 2019**
              MM / DD / YYYY

X **/s/ Brooks Pickering**                           **Brooks Pickering**
Signature of authorized representative of debtor      Printed name

                                                     Email Address of debtor

Title  **Manager**

**18. Signature of attorney**

X **/s/ Pernell W. McGuire**                         Date **March 21, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone  **(480) 733-6800**    Email address  **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ada County Recorder  200 W. Front St., #1207  Boise, ID 83702 | | | | | | $287.50 |
| AmTrust North America  P.O. Box 6939  Cleveland, OH 44101 | | | | | | $4,304.00 |
| BlueFin  P.O. Box 1960  Clearfield, UT 84089 | | | Disputed | | | $2,074.12 |
| Cintas Corporation  800 Cintas Boulevard, PO Box 625737  Cincinnati, OH 45262-5737 | | | | | | $945.60 |
| Coca Cola North America  PO Box 102703  Atlanta, GA 30368 | | | | | | $1,280.00 |
| DocuMart  1615 W 2200 S , STE C  Salt Lake City, UT 84119 | | | | | | $1,665.17 |
| Even Stevens Colorado, LLC  2030 S. 900 E. Suite A  Salt Lake City, UT 84105 | | | | | | $243.18 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | Even Stevens Idaho, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Even Stevens Sandwiches, LLC**<br>**2030 S. 900 E, Suite A**<br>**Salt Lake City, UT 84105** | | | | | | **$797,223.45** |
| **Evolution Pressure Washing**<br>**6288 N. Spurwing Way**<br>**Meridian, ID 83646** | | | | | | **$400.00** |
| **Flying M Cofee**<br>**1314 2nd St S**<br>**Nampa, ID 83651** | | | | | | **$675.00** |
| **GP- General Parts Group**<br>**PO Box 9201, Ml10**<br>**Minneapolis, MN 55480-9201** | | | | | | **$335.00** |
| **Idaho Power**<br>**PO Box 70**<br>**Boise, ID 83707** | | **Utility** | | | | **$790.06** |
| **Intermountain Gas**<br>**555 S. Cole Rd.**<br>**Boise, ID 83709** | | **Utility services** | | | | **$348.25** |
| **La Barba Coffee**<br>**3340 S 300 W**<br>**Salt Lake City, UT 84115** | | | | | | **$719.20** |
| **Master Rooter Service, Inc.**<br>**P.O. Box 208**<br>**Meridian, ID 83680** | | | | | | **$1,477.65** |
| **My Family Tradition Sauce & Rub Co.**<br>**701 E. 44th Street, Unit 11**<br>**Boise, ID 83714** | | | | | | **$368.00** |
| **Norco, Inc.**<br>**P.O.Box 413124**<br>**Salt Lake City, UT 84141** | | | | | | **$389.72** |
| **Strategic Technology**<br>**1103 S. Orem Blvd.**<br>**Orem, UT 84058** | | **consulting services** | | | | **$7,750.65** |
| **Swire**<br>**PO Box 413121**<br>**Kansas City, MO 64141** | | | | | | **$433.81** |

| Debtor | Even Stevens Idaho, LLC | | Case number (if known) | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco Intermountain Inc. 9494 South Prosperity Rd. West Jordan, UT 84081** | | **Goods and services** | | | | $98,115.46 |

Even Stevens Idaho, LLC -

ADA COUNTY RECORDER  
200 W. FRONT ST., #1207  
BOISE ID 83702

AMTRUST NORTH AMERICA  
P.O. BOX 6939  
CLEVELAND OH 44101

BLUEFIN  
P.O. BOX 1960  
CLEARFIELD UT 84089

CENTURY LINK ATTN: LEGAL DEPARTMENT  
1801 CALIFORNIA STREET  
SUITE 900  
DENVER CO 80202

CINTAS CORPORATION  
800 CINTAS BOULEVARD, PO BOX 625737  
CINCINNATI OH 45262-5737

COCA COLA NORTH AMERICA  
PO BOX 102703  
ATLANTA GA 30368

CRAIG STEIN BEVERAGE  
4719 MARKET STREET, SUITE 100  
BOISE ID 83705

DOCUMART  
1615 W 2200 S , STE C  
SALT LAKE CITY UT 84119

ECOLAB, INC.  
24198 NETWORK PLACE  
CHICAGO IL 60673-1241

EVEN STEVENS COLORADO, LLC  
2030 S. 900 E. SUITE A  
SALT LAKE CITY UT 84105

EVEN STEVENS SANDWICHES, LLC  
2030 S. 900 E, SUITE A  
SALT LAKE CITY UT 84105

Even Stevens Idaho, LLC -

EVOLUTION PRESSURE WASHING
6288 N. SPURWING WAY
MERIDIAN ID 83646


FLYING M COFEE
1314 2ND ST S
NAMPA ID 83651


GP- GENERAL PARTS GROUP
PO BOX 9201, MI10
MINNEAPOLIS MN 55480-9201


IDAHO POWER
PO BOX 70
BOISE ID 83707


INTERMOUNTAIN GAS
555 S. COLE RD.
BOISE ID 83709


LA BARBA COFFEE
3340 S 300 W
SALT LAKE CITY UT 84115


MASTER ROOTER SERVICE, INC.
P.O. BOX 208
MERIDIAN ID 83680


MY FAMILY TRADITION SAUCE & RUB CO.
701 E. 44TH STREET, UNIT 11
BOISE ID 83714


NORCO, INC.
P.O.BOX 413124
SALT LAKE CITY UT 84141


RONIN
1402 S. DIVISION AVE
BOISE ID 83706


SPORTS MEDIA
1101 W. 34TH ST., #212
AUSTIN TX 78705

Even Stevens Idaho, LLC -


STANDARD RESTAURANT SUPPLY
879 S 4400 W
SALT LAKE CITY UT 84104


STRATEGIC TECHNOLOGY
1103 S. OREM BLVD.
OREM UT 84058


SUEZ WATER IDAHO
8248 W. VICTORY RD.
BOISE ID 83709


SWIRE
PO BOX 413121
KANSAS CITY MO 64141


SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY RD.
WEST JORDAN UT 84081

In re **Even Stevens Idaho, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Even Stevens Idaho, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Even Stevens Sandwiches, LLC**  
**2030 S. 900 E, Suite A**  
**Salt Lake City, UT 84105**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 21, 2019** | **/s/ Pernell W. McGuire** |
| Date | **Pernell W. McGuire 015909** |
| | Signature of Attorney or Litigant |
| | Counsel for **Even Stevens Idaho, LLC** |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |